761 A.2d 534

IN THE MATTER OF VINAYA SAIJWANI,
AN ATTORNEY AT LAW.

November 16, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **VINAYA SAIJWANI** of **LAWRENCE-VILLE**, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.15(d), and *R.* 1:21–6 (recordkeeping deficiencies), and that respondent should be required to submit to the Office of Attorney Ethics semi-annual reconciliations of her attorney books and records for a period of one year, and good cause appearing;

It is ORDERED that **VINAYA SAIJWANI** is hereby reprimanded; and it is further

ORDERED that **VINAYA SAIJWANI** provide to the Office of Attorney Ethics semi-annual reconciliations of the books and records required to be kept by *R.* 1:21–6 for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.